# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00392-CR

**Manuel Hernandez Robles, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. D-1-DC-07-207468, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Manuel Hernandez Robles seeks to appeal from a judgment of conviction for kidnapping.  The trial court has certified that this is a plea bargain case, that Robles waived his right to appeal, and that Robles has no right of appeal.  The appeal is dismissed.  *See* Tex R. App. P. 25.2(a)(2), (d).

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   July 17, 2008

Do Not Publish